

**NUMBER 13-25-00326-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

---

**IN THE INTEREST OF H.A., Z.A., AND E.A, CHILDREN**

---

**ON APPEAL FROM THE 214TH DISTRICT COURT
OF NUECES COUNTY, TEXAS**

---

**MEMORANDUM OPINION**

**Before Justices Silva, Peña, and Cron
Memorandum Opinion by Justice Silva**

This matter is before the Court on appellant Mark Beverly's motion to withdraw appeal. Appellant's motion to withdraw appeal shall be construed as a motion to dismiss. *See* Tex. R. App. P. 42.1(a)(1). On June 16, 2025, appellant filed a notice of appeal attempting to appeal an order entered in trial court cause number 2016-FAM-6272-F. On June 18, 2025, the Clerk of the Court notified appellant that there appears to be no final appealable order. *See Id*. R. 37.1. Appellant agrees that there is no final appealable order and is requesting to withdraw the appeal.

Having considered appellant's motion, we are of the opinion that the appeal shall be dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, the motion is granted, and the appeal is hereby dismissed. Costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
10th day of July, 2025.

2